IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH BRIAN FLEMING,
    Petitioner,

vs.                                    Case No. 3:08cv229/MCR/EMT

SCOTT A. MIDDLEBROOKS, Warden,
    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 1, 2008 (Doc. 10).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Petitioner's petition for writ of habeas corpus (Doc. 1) is **DENIED** and the clerk is directed to close the file.

**DONE AND ORDERED** this 31st day of October, 2008.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**